```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0072--CR (RRB)
"USA V JOSE MIGUEL VASQUEZ-CRUZ"
DEF 1.1 VASQUEZ-CRUZ, JOSE MIGUEL

Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  07/28/05
            Closed:  NO
 No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 12/19/05
         Terminated: NO
 Needs interpreter:  YES
  Counsel of record: Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Thomas C. Bradley
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 VASQUEZ-CRUZ, JOSE MIGUEL

 Document          Count     Citation and Description                         Disposition

    1 -    1 IND     1       8:1326(a)&(b)(2) REENTRY OF REMOVED ALIEN        Pending
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A05-0072--CR (RRB)
                         "USA V JOSE MIGUEL VASQUEZ-CRUZ"

                              For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/28/05
            Closed: NO
No. of Defendants: 1


Document #   Filed     Docket text

     1 -  1  07/28/05  [Re: DEF 1] PLF 1 Indictment.

     2 -  1  07/28/05  [Re: DEF 1] RRB Grand Jury Minutes. Warrant of arrest to be issued.  No
                       Bail Set. (Detention per 18:3142).  Set for arraignment and notify USM.

  NOTE -  1  07/29/05  [Re: DEF 1] Issued WOA.

  NOTE -  2  07/29/05  Notation: Proposed trial date setting for arraignment and notice of
                       speedy trial act ddlns forwarded to chambers.

     3 -  1  08/02/05  [Re: DEF 1] TWH Court Minutes [ECR: Caroline Edmiston] re: Arraignment
                       on Indictment (held 08/01/05); Mike Dieni Appointed; Defendant plead not
                       guilty  count 1 of Indictment; Defendant detained; Ptms due 08/12/05;
                       TBJ 10/03/05.  CC: USA, FPD, USM, USPO, Judge Beistline.

     4 -  1  08/02/05  [Re: DEF 1] TWH Order of Detention Pending Trial (held 08/01/05). CC:
                       USA, FPD, USM, USPO.

     5 -  1  08/02/05  [Re: DEF 1] TWH Order regarding preparation for trial (Held 08/01/05);
                       ptms due 08/12/05; meet and confer by 08/02/05. CC: USA, FPD.

     6 -  1  08/02/05  [Re: DEF 1] RRB Minute Order setting trial by jury for 10/3/05 at 8:30
                       a.m. and FPTC for 9/27/05 at 8:45 a.m. in Courtroom #2. cc: AUSA, FPD,
                       USM, UPSO, jury clerk, MJ Roberts

     7 -  1  08/02/05  DEF 1 Attorney Appearance of M. Dieni (FPD).

     8 -  1  08/03/05  [Re: DEF 1] PLF 1 Discovery conference certificate.

     9 -  1  08/08/05  [Re: DEF 1] RRB Order appointing Y. Salazar-Hobrough as trial
                       interpreter. cc: USA, FPD, Finance, Y. Salazar-Hobrough w/interpreter
                       packet

    10 -  1  09/21/05  DEF 1 motion to withdraw as counsel and appoint cja counsel (w/aff UNDER
                       SEAL).

    11 -  1  09/21/05  [Re: DEF 1] RRB Order granting motion to withdraw as counsel and appoint
                       cja counsel (w/aff UNDER SEAL) (10-1).  cc: AUSA, FPD, USM, USPO, FPD
                       (CJA CLERK)

    12 -  1  09/27/05  [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re FPTC (held
                       9/27/05);  tbj reset to 11/7/05; fptc reset to 11/1/05 at 9:15 a.m.;
                       excludable delay found under 18 USC section 3151(h)(8)(B)(iv).  cc: USA,
                       L. Wells, USM, USPO, Jury Clerk, MJ Roberts

    13 -  1  09/27/05  DEF 1 Attorney Appearance of L. Wells.

    14 -  1  09/27/05  [Re: DEF 1] CJA appointment of Lance Wells.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0072--CR (RRB)
                             "USA V JOSE MIGUEL VASQUEZ-CRUZ"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/30/05 | {SEALED} |
| 16 - 1 | 10/04/05 | {SEALED} |
| 17 - 1 | 10/27/05 | [Re: DEF 1] RRB Minute Order FPTC set 11/1/05 rescheduled to be held 11/2/05 at 9:15 a.m. in Courtroom #2.  cc: AUSA, L. WELLS, USM, USPO |
| 18 - 1 | 10/28/05 | {SEALED} |
| 19 - 1 | 10/28/05 | [Re: DEF 1] RRB Minute Order def's non-opposed mot to continue trial (dkt 18) will be addressed at the FPTC set 11/2/05 at 9:15  in Courtroom #2.  cc: AUSA, L. WELLS, USM, USPO |
| 20 - 1 | 11/02/05 | {SEALED} |
| 21 - 1 | 11/22/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Status Conference (held 11/22/05); trial cont to 12/19/05 at 8:30 am, order signed; FPTC remains at set for 12/13/05 at 8:30 am.  cc:  USA, L. Wells, USM, USPO |