FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12  AM 11: 33

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| JOSE MIGUEL VASQUEZ-CRUZ, | ) |
|     Defendant. | ) |
|  | )    **Case No. A05-0072 CR (RRB)** |

### MOTION FOR CHANGE OF PLEA DATE

COMES NOW the Defendant named above by and through counsel Lance C. Wells, Esq. and hereby moves this court for a change of plea date in the above captioned matter. A plea agreement has been reached with the USA which resolves this matter in its entirety and will be subsequently filed under seal. A proposed order is attached hereto.

Dated: 12/12/05

Law Offices of Lance C. Wells, P.C.

By:

Lance C. Wells, Esq.
AK Bar #9206045

I certify that on the 12 day of Dec of, a true and correct copy of the foregoing was served by Courier on NSA

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional
Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859