UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  JOSE MIGUEL VASQUEZ-CRUZ

DATE:  December 15, 2005     CASE NO.    A05-0072 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING SENTENCING**

---

Sentencing will be held in this matter on **Friday, March 10, 2006, at 10:00 a.m.**, in Courtroom 2.

M.O. SCHEDULING SENTENCING