Lance Christian Wells, Esq.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE MIGUEL VASQUEZ-CRUZ, )<br>    Defendant. )<br>_____) | Case No.  A05-0072(RRB) |

### MOTION FOR 14 DAY EXTENSION OF TIME TO FILE OBJECTIONS TO DRAFT PRESENCE REPORT OF DEFENDANT

COMES NOW LANCE C. WELLS, counsel of record for Defendant named above and hereby files this motion for a fourteen day extension of time in which to file defendant's objections to the draft presentence report. This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 10th day of  February, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendnat
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**Certificate of Service**

That on the 15th day of February, 2006, a copy of this document was served by electronic filing upon AUSA assigned via electronic means and PO Astle by hand courier delivery: By: s/Lance C. Wells

1