Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>JOSE MIGUEL VASQUEZ-CRUZ,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No. A05-0072(RRB)**

## [PROPOSED] ORDER

The court having considered the defendant's motion for a 14 day extension of time to file objections to the draft presentece report, it is hereby ordered that the motion is granted. The objections to the draft report shall be due on or before 3/1/06.

Dated: _____          _____
                                US District Court Judge

**Certificate of Service**

That on the 15th day of February, 2006, a copy of this document was served by electronic filing upon AUSA assigned via electronic means and PO Astle by hand courier delivery:

By: s/Lance C. Wells