Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>JOSE MIGUEL VASQUEZ-CRUZ,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.  A05-0072(RRB)**

## AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney for the defendant named above.

2. Objections to the draft presentnce report are due today 2/15/05.

3. When I received the original draft report on 2/1/06, I immediately forwarded a copy to defendant for review along with a cover letter to contact me to review it through a translator. He was in SEATAC at the time and remains there to date.

4. I have not heard form him, and have forwarded to him another letter and copy for review. I have also contacted the facility and am attempting to arrange a telephone call, but this is proving very difficult to do.

5. There are objections to be filed in reference to the report, but I must discuss the report with him to ensure all points are covered. To do less would be ineffective on my part in zealously representing Mr. Cruz.

6. I respectfully request another 14 days in which to file my client's objections to the draft report. If sentencing must be delayed, I believe good cause has been demonstrated justifying this.

7. No one will be prejudiced by this request.

8. Further your affiant sayeth naught.

    s/ Lance c. Wells 2/10/06
    Attorney for Defendant
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/274-9696
    Fax: 907/277-9859
    E-mail: lwells@gci.net
    AK # 9206045

    s/Sharon Leipi,
    Notary in and for Alaska,
    My Commission Expires: 6/8/06

**Certificate of Service**

That on the 15th day of February, 2006, a copy of this document was served by electronic filing upon AUSA assigned via electronic means and PO Astle by hand courier delivery:

By: s/Lance C. Wells