DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071 - phone
(907) 271-1500 - fax
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-72-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S NON-</u> |
| vs. | ) | <u>OPPOSITION TO</u> |
| | ) | <u>DEFENDANT'S MOTION</u> |
| JOSE MIGUEL VASQUEZ-CRUZ, | ) | <u>FOR 14 DAY EXTENSION</u> |
| | ) | <u>OF TIME TO FILE</u> |
| Defendant. | ) | <u>OBJECTIONS TO</u> |
| | ) | <u>PRESENTENCE REPORT</u> |
| | ) | |

      COMES NOW, the United States of America by and through counsel and states that it does not oppose Defendant's Motion for 14 day extension to file objections to the draft presentence report of Defendant.

RESPECTFULLY SUBMITTED this 17th day of February, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006,
a copy of the foregoing Government's Non-Opposition
to Defendant's Motion for 14 Day Extension to
File Objections to Presentence Report was served
electronically on:

Lance Christian Wells

s/ Thomas C. Bradley