Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>JOSE MIQUEL VASQUEZ-CRUZ, )<br>    Defendant. )<br>_____) | Case No.  A05-0072 CR (RRB) |

### NON-OPPOSED MOTION FILED ON SHORTENED TIME TO CONTINUE SENTENCING AND FOR ADDITIONALTIME TO FILE OBJECTIONS TO DRAFT PRESENTENCE REPORT

COMES NOW LANCE C. WELLS, counsel of record for Defendant JOSE MIGUEL VASQUEZ-CRUZ and hereby files this Non-Opposed Motion Filed On Shortened Time to Continue Sentencing  and for Additional Time to File Objections to the Draft Presentence Report. This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 1st day of March, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Wilkens Furment
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

1

**Certificate of Service**

That on the 1st day of March, 2006, a copy of this document was served by electronic filing upon , AUSA Bradley, T. and PO Astle, T. via hand courier delivery

By: s/LC Wells, Esq.