Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>JOSE MIQUEL VASQUEZ-CRUZ, )<br>    Defendant. )<br>_____) | **Case No.  A05-0072 CR (RRB)** |

### AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant named above.

2. I make this affidavit in support of the non-opposed motion to continue sentencing filed on shortened time as well as for additional time to file objections to the draft presentence report.

3. Defendant is currently in SEA-TAC Facility Washington. English is not his native language. I must meet with defendant with a translator.

4. After many days of trying to reach defendant, I have not yet been able to confer with him. I have called the SEATAC Facility numerous times, all to no avail.

5. It is imperative I meet with the defendant and discuss the draft PRS with him and file necessary objections.

6. Sentencing is currently scheduled for March 10, 2006.

7. On 3/1/06, I spoke wit AUSA Tom Bradley who non-opposed the filing of this motion and the requests contained therein.

8. It is requested that sentencing be scheduled for late April 2006. Counsel for defendant will be unavailable and out of state March 15-28. I will be in the Southern District of Texas.

9. If defendant is transported from SEA TAC Washington as currently scheduled by the US Marshal's Office, I will be able to have my objections to the draft PSR filed by 3/14/06.

10. Further your affiant sayeth naught.

Dated: 3/1/06        s/ Lance C. Wells
                     Attorney for Defendant
                     733 W. 4th Ave, Suite 308
                     Anchorage, Alaska 99501
                     Phone: 907/274-9696
                     Fax: 907/277-9859
                     E-mail: lwells@gci.net
                     AK # 9206045

s/Sharon Leipi,
<u>Notary in and for Alaska,</u>
<u>My Commission Expires: 6/8/06</u>

**Certificate of Service**

That on the 1st day of March, 2006, a copy of this document was served by electronic filing upon AUSA Bradley, T. assigned via electronic means and PO Astle, T. by hand courier delivery:

By: s/Lance C. Wells