Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| JOSE MIQUEL VASQUEZ-CRUZ,<br>    Defendant. | )<br>)<br>) |
| | Case No. A05-0072 CR (RRB) |

### [PROPOSED] ORDER

The court having considered the defendant's non-opposed motion to continue the due date for filing objections to the draft presentence report and to continue sentencing and good cause having been shown, it is hereby ordered that sentencing is continued from the 10th day of March, 2006 until the 24 day of April 2006 at 9:00 a.m./p.m. in courtroom number 2.

Objections to the draft presentnece report shall be filed by 3/14/06. The sentencing memorandum shall be filed at least 7 days prior to sentencing. The defendant shall be brought back to Alaska immediately so as to allow him to confer with his attorney of record Lance C. Wells. A copy of ht is order shall be served upon the US Marshal's Office in Anchorage, AK.

Dated: March 2, 06

US District Court Judge