AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

JOSE MIGUEL VASQUEZ-CRUZ

**WARRANT FOR ARREST**

CASE NUMBER: A05-072CR(RRB)

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE MIGUEL VASQUEZ-CRUZ** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
**8:1326(a),(b)(2) - REENTRY OF REMOVED ALIEN - Count 1**

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by _redacted signature_   Deputy Clerk | July 29, 2005, at Anchorage, Alaska |
| Signature of | Date and Location |

Bail Fixed at $ to be determined

by  Magistrate Judge John D. Roberts

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ | | |
| ACC-EAST   (IN INS ADMIN- CUSTODY) | | |
| DATE RECEIVED JULY 29, 2005 | NAME AND TITLE OF ARRESTING OFFICER STEVE ROSENBERG S/A ICE | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST AUG 01, 2005 | | |